DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for Fifteen Twenty Six Fifty Second LLC*
120 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400

JAMES B. GLUCKSMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| 1526 52ND LLC, | District Court Index Number – 21-3838 |
| Plaintiff, | Supreme Court – Kings County Index No. 515379/18 |
| -against- | |
| BLUMA LEFKOWITZ A/K/A BLUMA LEFKOWTIZ, | |
| Defendant. | |

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF NOTICE OF REMOVAL

**TO THE HONORABLE BRIAN M. COGAN, DISTRICT COURT JUDGE:**

FIFTEEN TWENTY SIX FIFTY SECOND LLC, by its attorneys, Davidoff Hutcher & Citron LLP, respectfully provides notice to this Court of the withdrawal, without prejudice, of the Notice of Removal (ECF Document No. 1) filed on July 8, 2021.

Dated:   New York, New York
         July 14, 2021

DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for Fifteen Twenty Six Fifty Second LLC*
120 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400

By: /s/ James B. Glucksman
    _____
    JAMES B. GLUCKSMAN