# Rosenberg & Steinmetz PC

181 S Franklin Ave, Ste 604  
Valley Stream, NY 11581  

295 Madison Avenue, 12th Fl  
New York, NY 10017  

212 743-9904  
*facsimile* 212 743-9916  

www.rspclawyers.com



July 16, 2021

<u>BY ECF</u>  
Hon. Judge Brian M. Cogan  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201  

Re:     1526 52nd LLC v. Lefkowitz; Case No. 1:21-cv-3838 (BMC)

Your Honor,

This firm represents 1526 52nd LLC ("Plaintiff"). Plaintiff has filed a motion to dismiss the chapter 11 bankruptcy case recently filed by Fifteen Twenty Six Fifty Second LLC (the "Debtor") pursuant to U.S.C. § 1112(b) as a bad faith filing.  *See* S.D.N.Y. Bankr. Case No. 21-22297 (RDD) (ECF No. 17).  The hearing on that motion has been scheduled for August 6, 2021.

This is to respectfully request that this action be stayed until ten (10) days after a the Bankruptcy Court enters an order resolving the motion to dismiss.

Respectfully,

_____  
Rachelle Rosenberg

cc:     (**VIA ECF and/or E-mail**)  
        James B. Glucksman, Esq.  
        jbg@dhclegal.com  

        Meryl L. Wenig, Esq.  
        mwenig@ltattorneys.com  

        Dan Blumenthal, Esq.  
        dblumental@ltattorneys.com