# ROSENBERG & STEINMETZ PC



181 S FRANKLIN AVE, STE 604  
VALLEY STREAM, NY 11581  

295 MADISON AVENUE, 12TH FL  
NEW YORK, NY 10017  

212 743-9904  
*facsimile* 212 743-9916  

WWW.RSPCLAWYERS.COM

August 12, 2021

BY ECF  
Hon. Judge Brian M. Cogan  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201  

Re:   1526 52nd LLC v. Lefkowitz; Case No. 1:21-cv-3838 (BMC)

Your Honor,

This firm represents 1526 52nd LLC ("Plaintiff").

This is to advise that an Order has been entered in chapter 11 bankruptcy case filed by Fifteen Twenty Six Fifty Second LLC (the "Debtor") dismissing the case for cause pursuant to U.S.C. § 1112(b).  *See,* Exhibit A hereto, S.D.N.Y. Bankr. Case No. 21-22297 (RDD) (ECF No. 32).

This is to respectfully request that this action be remanded back to the New York State Supreme Court, Kings County as any grounds for removal are now moot.

Respectfully,

_____  
Rachelle Rosenberg

cc:   (**VIA ECF and/or E-mail**)  
James B. Glucksman, Esq.  
jbg@dhclegal.com

Meryl L. Wenig, Esq.  
mwenig@ltattorneys.com

Dan Blumenthal, Esq.  
dblumental@ltattorneys.com