

**DAVIDOFF HUTCHER & CITRON LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

JAMES B. GLUCKSMAN, ESQ.
WRITER DIRECT (646) 428-3236
WRITER DIRECT DIAL DURING COVID
EMERGENCY – (914) 482-4033
JBG@DHCLEGAL.COM

August 12, 2021

BY ECF

Hon. Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    1526 52nd LLC v. Lefkowitz
               Case No. 1:21-cv-3838 (BMC)

               In re: Fifteen Twenty Six Fifty Second LLC
               Bankruptcy Case No. 21-22397 (RDD) (SDNY)

Dear Honorable Judge:

      This office represents Fifteen Twenty Six Fifty Second LLC (the "Debtor"), in its Chapter 11 case previously pending in the United States Bankruptcy Court for the Southern District of New York captioned <u>In re: Fifteen Twenty Six Fifty Second LLC</u>, Case No. 21-22397 (the "Chapter 11 Case"). In light of the dismissal of the Chapter 11 case, this office consents, on behalf of Fifteen Twenty Six Fifty Second LLC, to the request of Plaintiff (ECF Docket No. 11) to remand this removed proceed.

DAVIDOFF HUTCHER & CITRON LLP

August 12, 2021

Hon. Judge Brian M. Cogan
United States District Court

Page 2


Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact the undersigned.

Respectfully,

/s/ James B. Glucksman

James B. Glucksman

cc:    (VIA ECF and/or E-mail)

    Rachelle Rosenberg, Esq.
    rrosenberg@rspclawyers.com
    State Court Counsel to Plaintiff

    Meryl L. Wenig, Esq.
    mwenig@ltattorneys.com
    State Court Counsel to Bluma Lefkowitz

    Dan Blumental, Esq.
    dblumenthal@ltattorneys.com
    State Court Counsel to Bluma Lefkowitz